NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R.1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-2346-14T4

NEW JERSEY TURNPIKE
AUTHORITY,

 Plaintiff-Appellant,

v.

MILFORD REALTY ASSOCIATES, LLC,

 Defendant-Respondent.

and

WACHOVIA BANK, NA, COLONIAL PIPELINE
COMPANY, EAST WINDSOR UTILITIES
AUTHORITY, PUBLIC SERVICE ELECTRIC &
GAS COMPANY, JOSEPH YELENCSIC, MARY E.
GERTZEL, ALSAN, INC., SANDFORD
NACHT, ALVIN GORDON, SNAG-EAST
WINDSOR, LLC; WOODMONT BUILDERS
AT EAST WINDSOR, LLC and EAST
WINDSOR BUSINESS PARK,

 Defendants.
_______________________________

 Argued December 5, 2016 – Decided August 24, 2017

 Before Judges Sabatino, Nugent and Currier.

 On appeal from Superior Court of New Jersey,
 Law Division, Mercer County, Docket No. L-
 1274-09.
 Louis N. Rainone argued the cause for
 appellant (De Cotiis FitzPatrick Cole & Giblin
 LLP, attorneys; Mr. Rainone, of counsel;
 Michael J. Ash, on the brief).

 Thomas M. Olson argued the cause for
 respondent (McKirdy & Riskin, PA, attorneys;
 Edward D. McKirdy, Mr. Olson, and L. Jeffrey
 Lewis, of counsel; Mr. Olson on the brief).

PER CURIAM

 The parties having submitted the matters in dispute to the

Civil Appeals Settlement Program following oral argument, and

having recently reported that all issues in dispute have been

settled, this appeal is hereby dismissed, with prejudice and

without costs.

 2 A-2346-14T4